IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARC L. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.   12–cv–0700–MJR–SCW |
| | ) |
| RANDY DAVIS, | ) |
| LIEUTENANT JOHN DOE, and | ) |
| CORRECTIONS OFFICER JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CERTAIN DEFENDANTS

REAGAN, District Judge:

On June 12, 2012, Plaintiff filed suit in this Court under 42 U.S.C. 1983, alleging deprivations of his constitutional rights while incarcerated.  Following threshold review under 28 U.S.C. 1915A, the case proceeded.  Orders were entered, counsel was appointed for Plaintiff, Plaintiff was permitted to file an amended complaint, and three Defendants were dismissed -- John Cox, Major Doe, and Salvador Godinez (*see* Docs. 6, 22, 23).  In a November 2012 Order, the undersigned District Judge set a deadline by which Plaintiff must take action or the "unknown"/John Doe Defendants would be dismissed (see Doc. 23, p. 4).   That deadline – 60 days from the November 20, 2012 Order -- has gone with no action taken by Plaintiff.

The Court concludes that Plaintiff has failed to properly prosecute as to the unknown/John Doe Defendants, as required by Federal Rule of Civil Procedure 41(b) and the November 20, 2012 Order.  Accordingly, the Court hereby **DISMISSES** the following two Defendants:  Lieutenant John Doe and Corrections Officer John Doe.   Remaining in this case are Plaintiff's claims against Defendant Randy Davis.

IT IS SO ORDERED.

DATED  March 5, 2013.

                                                        s/ ***Michael J. Reagan***
                                                        MICHAEL J. REAGAN
                                                        United States District Judge