IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK L. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   12-700-SCW |
| | ) |
| JOHN COX, RANDY DAVIS, LIEUTENANT JOHN DOE, MAJOR JOHNDOE, CORRECTIONS OFFICER JOHN DOE, SALVADOR A. GODINEZ, | ) ) ) ) |
| Defendant(s). | |

### JUDGMENT IN A CIVIL CASE

Defendant JOHN COX was dismissed with prejudice on August 16, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 6).

Defendants S.A. GODINEZ and MAJOR JOHN DOE were dismissed without prejudice on November 20, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc.23).

Defendants LIEUTENANT JOHN DOES AND CORRECTIONS OFFICER JOHN DOE were dismissed by an Order entered by Chief Judge Michael J. Reagan (Doc. 28).

The remaining issues came before this Court for bench trial.    The issues have been tried and the Court rendered its decision granting Motion for Judgment as a Matter of Law at the close of Plaintiff's case under Rule 52 in favor of Defendant RANDY DAVIS (Doc. 73)

THEREFORE, judgment is entered in favor of Defendants **JOHN COX, RANDY DAVIS, LIETENANT JOHN DOE** and **CORRECTIONS OFFICER JOHN DOE** and against Plaintiff **MARC L. THORNTON.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule

59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 31st    day of August,    2015

                                       **JUSTINE FLANAGAN, ACTING CLERK**

                                       **BY:** */s/ Angela Vehlewald*
                                                **Deputy Clerk**

**Approved by**    */s/ Stephen C. Williams*
             **United States Magistrate Judge**
                    **Stephen C. Williams**